UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-06169 |
| Lynda Layton | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### AMENDED ORDER AUTHORIZING SALE OF PROPERTY

This matter, coming to be heard on the Debtor's motion, this court having jurisdiction and due notice being granted all parties entitled thereto, this Court orders that the motion is granted, and

1. The Debtor may sell her interest in her condominium, for a gross sale price of $154,615.50;

2. The Debtor may satisfy all liens and encumbrances, and pay all fees and costs for the transaction, with the proceeds of the sale;

3. The Debtor may retain all net proceeds of the sale, after satisfaction of liens and encumbrances and payment of fees and costs.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  November 04, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Bauch & Michaels
53 W. Jackson, Suite 1115
Chicago, IL 60604