# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| In Re: | ) | Case No: | 16-27850 See attached list |
| --- | --- | --- | --- |
| Melissa Ann Kjeldsen | ) | | |
| <u>et.al</u>. | ) | Chapter: | Chapter 13 See attached list |
| | ) | | |
| Debtor(s) | ) | Judge: | Jack B. Schmetterer |

## SUBSTITUTION OF ATTORNEY

Now comes Edward H. Cahill, and respectfully substitutes his appearance in this case and in those on the attached list for that of Umair M. Malik, who is a former attorney of Manley Deas Kochalski, LLC. In support of this Substitution, counsel states the following:

1. The Creditor(s) retained Manley Deas Kochalski, LLC, and not any attorney individually, to represent them in this bankruptcy filing.

2. Edward H. Cahill requests that his appearance, on behalf of his law firm, Manley Deas Kochalski, LLC, be entered in these cases so that Manley Deas Kochalski, LLC may properly receive all notices and pleadings in this case, and so that Umair M. Malik does not receive notice and pleadings on cases in which he is no longer involved.

3. Umair M. Malik consents to this Substitution of Appearance.

Wherefore, Edward H. Cahill, now prays the Court to accept his Substitution of Appearance for that of Umair M. Malik in all matters relating to these cases, and requests that all notices and pleadings in these cases which are directed to debtor's counsel be mailed to:

**Manley Deas Kochalski, LLC**
**PO Box 165028**
**Columbus, OH 43216-5028**

By: */s/ Edward H. Cahill*
      Edward H. Cahill