UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-06169
Lynda Fay Layton )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR AUTHORITY TO INCUR DEBT, APPROVING SHORTENED NOTICE

This matter, coming to be heard on the Debtor's motion, this court having jurisdiction and being fully-advised in the premises, this Court orders that the Debtor's motion is granted, and

1. The Debtor is permitted to incur $410,000.00 in debt, or a greater amount, to the United States Small Business Administration through its COVID-19 Economic Injury Disaster Loan program, and is authorized to execute all documents deemed necessary.

2. Notice of the Debtor's motion is found to be sufficient under the circumstances.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 04, 2021

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602