In re: Lynda Fay Layton
      Debtor,

P.O. Box 331
Forest Park, IL 60130
# 8391

Case No. 19-06169
Chapter 13
Honorable Donald R. Cassling

FILED
FEB 23 2024
JEFFREY P. ALLSTEADT, CLERK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE OF OBJECTION (Related to Docket #76)

Attorney Justin Storer and the professionals of the Law office of William J. Factor Ltd, (collectively "FactorLaw") has filed papers with the court to withdraw from further representation of the Debtor (Lynda Fay Layton)

I, the "Debtor" would like my views on the motion to withdraw to be heard prior to the Court's decision.

My views are as follows:

Not having an Attorney represent me would be unfair to me considering I am so close to refinancing my 2 properties. I have paid for the chapter 13 in full and should be allowed to complete what I started.

I have only had 1 month to work on the refinance of 2 buildings due to Covid 19 Rent moratorium shut down. I asked for a 2 year extension which the Government allowed but my request was not allowed. I should also be allowed to transfer all monies that I paid in this case.

I received the Notice to withdraw on Friday, February 23, 2024 So, I need time to find another Attorney to represent me.

I do not want to sale my properties which is why I filed Chapter 13. My investment properties are producing favorably and I should qualify for a loan.

I believe that I can successfully refinance the 2 properties, I just need more time and an Attorney to help me with my Chapter 13 Bankruptcy case.

I can discuss my efforts further in the hearing if I need to.

Date: February 23, 2024

Lynda Layton
P.O. Box 331
Forest Park, IL 60130